UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>             Plaintiffs,<br><br>      v.<br><br>MACY'S WEST STORES, LLC, a foreign corporation d/b/a MACY'S; MACY'S RETAIL HOLDINGS, LLC, a foreign corporation d/b/a MACY'S; and MACY'S CORPORATE SERVICES, a foreign corporation d/b/a MACY'S; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>             Defendants. | NO.  2:22-cv-1075<br><br>NOTICE OF REMOVAL<br><br>King County Case No. 22-2-10317-5 KNT<br><br>(DIVERSITY) |

PLEASE TAKE NOTICE that Defendants Macy's West Stores, LLC, Macy's Retail Holdings, LLC and Macy's Corporate Services, LLC ("Macy's") and Schindler Elevator Corporation ("SEC") (collectively "Defendants") by and through counsel, hereby remove this action to the United States District Court for the Western District of Washington, Seattle Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

**I.      INTRODUCTION**

1.      On or about July 5, Plaintiffs Mary Jo Rulffes and Donald Rulffes ("Plaintiffs"), by and through counsel, filed a "Complaint for Personal Injuries and Damages" ("Complaint") in the

NOTICE OF REMOVAL - 1
10420-0036  5825039
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

matter styled, *Mary Jo Rulffes and Donald Rulffes v. Macy's West Stores, Inc, a foreign corporation, Macy's Retail Holdings, LLC a foreign corporation; Macy's Corporate Services, a foreign corporation, Schindler Elevator Corporation, a foreign corporation, Unknown Business Entities 1-5 and John Does 1-5,* Case Number 22-2-10317-5 KNT in the Superior Court of the State of Washington in and for the County of King. A true and correct copy of the Complaint is attached hereto as **Exhibit A** to the Declaration of Debra Dickerson, ("Dickerson Decl.") pursuant to 28 U.S.C. § 1446(a) and Local Court rule 101(b). Copies of all additional records and proceedings in the State Action, coupled with the appropriate verification, are also filed herewith pursuant to Local Court Rule 101(c). Dickerson Decl., Exs. B - E.

2. The State Action does not assert damages. Plaintiffs allege in the Complaint severe bodily injury, pain, anguish, mental suffering, emotional distress, psychological injuries, loss of consortium, significant wage loss, property damage, and loss of spousal services. See **Ex. A**, ¶ 4.7. Plaintiffs' counsel has confirmed that the amount in controversy in this matter exceeds the sum of $75,000, exclusive of interest and costs. Dickerson Decl. ¶ 4.

## II.     THE PARTIES

3. The parties to this action are citizens of different states. Plaintiffs are residents of King County, Washington. *See* Ex. A, Complaint, ¶ 1.1. Defendant SEC is a resident of Delaware. *See* Dickerson Declaration, ¶ 3. Defendant Macy's is a resident of Ohio. *Id.*

4. Defendant SEC was served with the State Action on July 6, 2022. Dickerson Decl., ¶ 4. Defendant Macy's was served with the State Action on July 7 and July 8, 2022. *Id.* A true and correct copy of the Service of Process Transmittals are attached hereto as **Exhibit B** to the Dickerson Decl. This Notice of Removal is timely because it is filed within thirty days of the date Defendants were served with the Summons and a copy of the Complaint via process server. *See* U.S.C. § 1446 (b). ("The notice of removal of a civil action or proceeding shall be filed within thirty

NOTICE OF REMOVAL - 2
10420-0036 5825039
Case No. 22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

days after the receipt by Defendant through service of a copy of the initial pleading setting forth the claim for relief upon which such action is or proceeding is based").

### I. BASIS FOR REMOVAL

5. Pursuant to 29 U.S.C. §1441(a), "any civil action brought in a State court which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending." The State Action was filed in the Superior Court of the State of Washington in and for the County of King – a forum embraced within the jurisdiction of this Court.

6. The Court is vested with original jurisdiction in this case pursuant to 28 U.S.C. § 1332(a) because this is a civil action between citizens of different states and the matter in controversy allegedly exceeds $75,000 exclusive of interest and costs. *See* Dickerson Decl., ¶ 4.

7. Defendants are corporations organized under the laws of Delaware and Ohio. *See* Dickerson Decl., ¶ 3. Defendant SEC's headquarters where business is directed, controlled and coordinated by its officers is located in Morristown, New Jersey. *See Id.*, ¶ 5. Defendants Macy's headquarters where business is directed, controlled, and coordinated by its officers is located in New York, New York. *Id.*

8. This is a personal injury action for damages that occurred on or around December 9, 2019, wherein Plaintiff Mary Jo Rulffes alleges injuries including post concussive headaches, facial bruising and swelling, depression, back and shoulder pain. Plaintiffs allege Mary Jo Rulffes has suffered severe and disabling injuries, grievous bodily injuries, great pain and suffering, both mental and physical. She also alleges to have incurred over $39,000 in medical expenses since July 9, 2019. *See* Ex. A, ¶ 4.7; *see also* Dickerson Decl., ¶ 4.

9. No previous removal of this case has been attempted or otherwise affected.

NOTICE OF REMOVAL - 3
10420-0036  5825039
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

10. Defendants do not hereby waive any objections or defenses that they may have by filing the Notice of Removal, including challenges to personal jurisdiction and/or service of process.

11. A copy of this Notice of Removal will be filed with the Clerk of King County Superior Court, State of Washington on August 2, 2022 and served on Plaintiffs' counsel as indicated on the attached Certificate of Service.

12. <u>Intradistrict Assignment.</u>  Defendants respectfully submit that this matter be removed to the United States District Court for the Western District of Washington, Seattle division, given that the underlying proceedings were initiated by Plaintiffs in the Superior Court of King, Washington.  This request is made in accordance with W. Dist. Wash. CR 3(d).

13. Based on the foregoing, Defendants pray that the above-entitled action be removed from the Superior Court for the State of Washington in and for King County to the United States District Court for the Western District of Washington for all future proceedings.

WHEREFORE, Defendants hereby remove the State Action pending in the Superior Court of the State of Washington in and for the County of King to his court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

DATED this 2nd day of August, 2022.

PREG O'DONNELL & GILLETT PLLC

*s/Eric P. Gillett*
Eric P. Gillett, WSBA #23691
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Office – (206) 287-1775
egillett@pregodonnell.com
Attorneys for Defendants Schindler Elevator Corporation and Macy's

NOTICE OF REMOVAL - 4
10420-0036  5825039
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

PREG O'DONNELL & GILLETT PLLC

<u>s/Debra Dickerson</u>
Debra Dickerson, WSBA# 20397
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Office – (206) 287-1775
ddickerson@pregodonnell.com
Attorneys for Defendants Schindler Elevator Corporation and Macy's

NOTICE OF REMOVAL - 5
10420-0036  5825039
 Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs Mary Jo and Donald Rulffes**:
A. Troy Hunter WSBA #29243
Lisa Kay Wiese, Esq.  WSBA #26594
Injury Law Group NW
410 Newport Way NW, Suite C
Issaquah, WA  98027
*troy@injurylawgroupnw.com*
lwiese@comcast.net

DATED at Seattle, Washington, this 2nd day of August, 2022.

*s/Jasmine Reddy*
Jasmine K. Reddy

NOTICE OF REMOVAL - 6
10420-0036  5825039
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113