UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>         Plaintiffs,<br><br>v.<br><br>MACY'S WEST STORES, LLC, a foreign corporation d/b/a MACY'S; MACY'S RETAIL HOLDINGS, LLC, a foreign corporation d/b/a MACY'S; and MACY'S CORPORATE SERVICES, a foreign corporation d/b/a MACY'S; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>         Defendants. | NO. 2:22-cv-1075<br><br>DEFENDANT MACY'S WEST STORES LLC AND MACY'S RETAIL HOLDING'S LLC AND MACY'S COROPARTE SERVICES CORPORATE DISCLOSURE STATEMENT |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Macy's West Stores LLC, Macy's Retail Holdings, LLC and Macy's Corporate (Defendants) makes the following corporate disclosure:

DEFENDANT MACY'S WEST STORES LLC AND MACY'S RETAIL HOLDING'S LLC AND MACY'S COROPARTE SERVICES CORPORATE DISCLOSURE STATEMENT - 1
10420-0036  5827746
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1
2
3
4    Macy's Inc. is the parent corporation Macy's Retail Holdings, LLC.  Macy's Retail Holdings LLC is the parent corporation for Macy's Corporate Services, LLC.  Blackmark, Inc is a publicly held corporation and is a 12.5% holder of Macy's Corporations stock.

DATED this 2nd day of August, 2022.

PREG O'DONNELL & GILLETT PLLC

*s/Debra Dickerson*
   Eric P. Gillett, WSBA #23691
   Debra Dickerson, WSBA# 20397
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Office – (206) 287-1775
ddickerson@pregodonnell.com
Attorneys for Defendants Schindler Elevator Corporation and Macy's

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEFENDANT MACY'S WEST STORES LLC AND MACY'S RETAIL HOLDING'S LLC AND MACY'S COROPARTE SERVICES CORPORATE DISCLOSURE STATEMENT - 2
10420-0036  5827746
 Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs Mary Jo and Donald Rulffes**:
A. Troy Hunter WSBA #29243
Lisa Kay Wiese, Esq.  WSBA #26594
Injury Law Group NW
*troy@injurylawgroupnw.com*

DATED at Seattle, Washington, this 2nd day of August, 2022.

*s/Jasmine Reddy*
Jasmine K. Reddy

DEFENDANT MACY'S WEST STORES LLC AND MACY'S RETAIL HOLDING'S LLC AND MACY'S COROPARTE SERVICES CORPORATE DISCLOSURE STATEMENT - 3
10420-0036  5827746
Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113