UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MACY'S WEST STORES, LLC, a foreign corporation d/b/a MACY'S; MACY'S RETAIL HOLDINGS, LLC, a foreign corporation d/b/a MACY'S; and MACY'S CORPORATE SERVICES, a foreign corporation d/b/a MACY'S; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>　　　　　　　　　　Defendants. | NO.  2:22-cv-1075<br><br>SCHINDLER ELEVATOR CORPORATION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Schindler Elevator Corporation makes the following corporate disclosure:

Schindler Elevator Corporation is a wholly owned subsidiary of Schindler Enterprises Inc. a privately held corporation.  Schindler Elevator Inc is a wholly owned subsidiary of Schindler Holdings LTD, a closely held company based in Herigiswill Switzerland, whose shares are traded in limited numbers on certain foreign stock exchanges.

SCHINDLER ELEVATOR CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 1
10420-0036  5826025
 Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1
2
3    DATED this 2nd day of August, 2022.
4
                            PREG O'DONNELL & GILLETT PLLC

5                    *s/Debra Dickerson*
                           Eric P. Gillett, WSBA #23691
6                        Debra Dickerson, WSBA# 20397
                    901 Fifth Avenue, Suite 3400
7                   Seattle, Washington 98164
                   Office – (206) 287-1775
8                  ddickerson@pregodonnell.com
                  Attorneys for Defendants Schindler Elevator
9                 Corporation and Macy's

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SCHINDLER ELEVATOR CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 2
10420-0036  5826025
Case No. 22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs Mary Jo and Donald Rulffes**:
A. Troy Hunter WSBA #29243
Lisa Kay Wiese, Esq.  WSBA #26594
Injury Law Group NW
*troy@injurylawgroupnw.com*

DATED at Seattle, Washington, this 2nd day of August, 2022.

*s/Jasmine Reddy*
Jasmine K. Reddy

SCHINDLER ELEVATOR CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 3
10420-0036  5826025
 Case No.  22-2-10317-5 KNT

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113