Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>Plaintiffs,<br>v.<br><br>MACY'S WEST STORES, LLC, a foreign corporation d/b/a MACY'S; MACY'S RETAIL HOLDINGS, LLC, a foreign corporation d/b/a MACY'S; and MACY'S CORPORATE SERVICES, a foreign corporation d/b/a MACY'S; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>Defendants. | NO.  2:22-cv-1075<br><br>DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES<br><br>JURY DEMAND |

Defendants Macy's West Stores, LLC, Macy's Retail Holdings, LLC and Macy's Corporate Services ("Macy's"), by and through their attorney of record, Preg O'Donnell & Gillett, answer Plaintiffs Mary Jo Rulffes and Donald Rulffes ("Plaintiffs") Complaint for Personal Injuries and Damages ("Complaint") as set forth below.  Macy's wholly denies any and all allegations not specifically admitted herein.

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 1
10420-0036  5833970
 Case No.  2:22-cv-1075

PREG O'DONNELL & GILLETT PLLC

901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## I. PARTIES

1.1   In answer to Paragraph 1.1 of Plaintiffs' Complaint, Macy's is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

1.2   In answer to Paragraph 1.2 of Plaintiffs' Complaint, Macy's admits this paragraph.

1.3   In answer to Paragraph 1.3 of Plaintiffs' Complaint, Macy's admits this paragraph.

1.4   In answer to Paragraph 1.4 of Plaintiffs' Complaint, this paragraph does not require an answer from Macy's. To the extent an answer is required, Macy's is without knowledge sufficient to form a belief to the truth of the matters alleged and therefore denies the same.

1.5   In answer to Paragraph 1.5 of Plaintiffs' Complaint, this paragraph does not require an answer from Macy's. To the extent an answer is required, Macy's is without knowledge sufficient to form a belief to the truth of the matters alleged and therefore denies the same.

## II. JURISDICTION AND VENUE

2.1   This lawsuit has been removed to the United States District Court for the Western District of Washington at Seattle.

2.2   This lawsuit has been removed to the United States District Court for the Western District of Washington at Seattle.

## III. FACTS

3.1   In answer to Paragraph 3.1 of Plaintiffs' Complaint, Macy's is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 2
10420-0036  5833970
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

3.2     In answer to Paragraph 3.2 of Plaintiffs' Complaint, Macy's is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

3.3     In answer to Paragraph 3.3 of Plaintiffs' Complaint, Macy's is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

3.4     In answer to Paragraph 3.4 of Plaintiffs' Complaint, Macy's denies the same.

### IV.     CAUSE OF ACTION – NEGLIGENCE

4.1     Macy's incorporates and reasserts answers to paragraphs 1.1-3.4 stated herein.

4.2     In answer to Paragraph 4.2 of Plaintiffs' Complaint, Macy's is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

4.3     In answer to Paragraph 4.3 of Plaintiffs' Complaint, Macy's admits it owns the elevators located at the Macy's in Tukwila Washington.  Macy's denies negligence. To the extent paragraph 4.3 differs from the above, Macy's denies the same.

4.4     In answer to Paragraph 4.4, Macy's admits it owed a duty to maintain its elevators in a reasonably safe condition but denies the remainder of this Paragraph.

4.5     In answer to Paragraph 4.5 of Plaintiffs' Complaint, Macy's admits that Schindler Elevator Corporation was Macy's elevator maintenance company on December 9, 2019, and owed duties pursuant to a maintenance contract.  To the extent paragraph 4.5 differs from the above, Macy's denies the same.

4.6     In answer to Paragraph 4.6 of Plaintiffs' Complaint, Macy's denies this paragraph.

4.7     In answer to paragraph 4.7 of Plaintiffs' Complaint, Macy's denies this paragraph.

4.8     In answer to paragraph 4.8 of Plaintiffs' Complaint, Macy's denies this paragraph.

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 3
10420-0036  5833970
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## V. **PRAYER FOR RELIEF**

Macy's denies Plaintiffs' prayer for relief including subparts 5.a-e. Macy's denies all allegations not specifically addressed elsewhere herein.

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, Macy's alleges the following:

1. Plaintiffs' claimed injuries or damages, if any, were proximately caused by their own fault or the fault of other parties or nonparties.

2. Plaintiffs have failed to mitigate damages to avoid unnecessary loss.

3. Plaintiff Mary Jo Rulffes assumed the risk of injury.

4. Plaintiffs' damages, if any, should be apportioned according to RCW 4.22 et seq between the relative fault of parties, and non-parties.

Macy's expressly reserves the right to amend this answer and to assert additional affirmative defenses as circumstances and discovery warrant.

WHEREFORE, Macy's prays for the following judgment:

1. Dismissing Plaintiffs' Complaint for Damages with prejudice and costs;

2. That Macy's be awarded reasonable attorney's fees, costs and disbursements incurred herein, and

3. For such other and further relief that the courts deems just and equitable.

///

///

///

///

///

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 4
10420-0036  5833970
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 17th day of August, 2022.

          PREG O'DONNELL & GILLETT PLLC

          By /s/Debra Dickerson
           Eric P. Gillett, WSBA #23691
           Debra Dickerson, WSBA# 20397
          Attorneys for Defendants Schindler Elevator
          Corporation and Macy's
          901 Fifth Avenue, Suite 3400
          Seattle, Washington 98164
          Firm Email:
           egillett@pregodonnell.com
           ddickerson@pregodonnell.com

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 5
10420-0036  5833970
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs Mary Jo and Donald Rulffes**:
A. Troy Hunter WSBA #29243
Lisa Kay Wiese, Esq.  WSBA #26594
Injury Law Group NW
*troy@injurylawgroupnw.com*

DATED at Seattle, Washington, this 17th day of August, 2022.

    /s/ Debra Dickerson
Debra Dickerson, WSBA# 20397

---

DEFENDANT MACY'S WEST STORES, LLC, MACY'S RETAIL HOLDINGS, LLC, AND MACY'S CORPORATE SERVICES' ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES - 6
10420-0036  5833970
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113