Honorable John H. Chun

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>                             Plaintiffs,<br><br>   v.<br><br>SCHINDLER WEST STORES, LLC, a foreign corporation d/b/a SCHINDLER; SCHINDLER RETAIL HOLDINGS, LLC, a foreign corporation d/b/a SCHINDLER; and SCHINDLER CORPORATE SERVICES, a foreign corporation d/b/a SCHINDLER; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>                           Defendants. | NO.  2:22-cv-1075<br><br>DEFENDANT SCHINDLER ELEVATOR CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT FOR PERSONAL INJURIES AND DAMAGES |

      Defendants Schindler Elevator Corporation ("Schindler"), by and through it's attorneys of record, Preg O'Donnell & Gillett, answer Plaintiffs Mary Jo Rulffes and Donald Rulffes ("Plaintiffs") Complaint as set forth below.  Schindler wholly denies any and all allegations not specifically admitted herein.

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 1
10420-0036  5833989
 Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## I.   <u>PARTIES</u>

1.1     In answer to Paragraph 1.1 of Plaintiffs' Complaint, Schindler is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

1.2     In answer to Paragraph 1.2 of Plaintiffs' Complaint, Schindler admits this paragraph.

1.3     In answer to Paragraph 1.3 of Plaintiffs' Complaint, Schindler admits this paragraph.

1.4     In answer to Paragraph 1.4 of Plaintiffs' Complaint, this paragraph does not require an answer from Schindler.  To the extent an answer is required, Schindler is without knowledge sufficient to form a belief to the truth of the matters alleged and therefore denies the same.

1.5     In answer to Paragraph 1.5 of Plaintiffs' Complaint, this paragraph does not require an answer from Schindler.  To the extent an answer is required, Schindler is without knowledge sufficient to form a belief to the truth of the matters alleged and therefore denies the same.

## II.   <u>JURISDICTION AND VENUE</u>

2.1     This lawsuit has been removed to the United States District Court for the Western District of Washington at Seattle.

2.2     This lawsuit has been removed to the United States District Court for the Western District of Washington at Seattle.

## III.   <u>FACTS</u>

3.1     In answer to Paragraph 3.1 of Plaintiffs' Complaint, Schindler is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 2
10420-0036  5833989
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

3.2     In answer to Paragraph 3.2 of Plaintiffs' Complaint, Schindler is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

3.3     In answer to Paragraph 3.3 of Plaintiffs' Complaint, Schindler is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

3.4     In answer to Paragraph 3.4 of Plaintiffs' Complaint, Schindler denies the same.

## IV.     CAUSE OF ACTION – NEGLIGENCE

4.1     Schindler incorporates and reasserts answers to paragraphs 1.1-3.4 stated herein.

4.2     In answer to Paragraph 4.2 of Plaintiffs' Complaint, Schindler is without knowledge sufficient to form a belief as to the truth of the matters alleged in this paragraph and therefore denies the same.

4.3     In answer to Paragraph 4.3 of Plaintiffs' Complaint, Schindler admits that Macy's owns the elevators located at Macy's in Tukwila Washington.  To the extent paragraph 4.3 differs from the above, Schindler denies the same.

4.4     In answer to Paragraph 4.4, Schindler admits Macy's has a duty to maintain its elevators in a reasonably safe condition but denies the remainder of this Paragraph.

4.5     In answer to Paragraph 4.5 of Plaintiffs' Complaint, Schindler admits that Schindler Elevator Corporation was Macy's elevator maintenance company on December 9, 2019 and owed duties pursuant to a maintenance contract.  To the extent paragraph 4.5 differs from the above, Schindler denies the same.

4.6     In answer to Paragraph 4.6 of Plaintiffs' Complaint, Schindler denies this paragraph.

4.7     In answer to paragraph 4.7 of Plaintiffs' Complaint, Schindler denies this paragraph.

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 3
10420-0036  5833989
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

4.8    In answer to paragraph 4.8 of Plaintiffs' Complaint, Schindler denies this paragraph.

## V.    PRAYER FOR RELIEF

Schindler denies Plaintiffs' prayer for relief including subparts 5.a-e.  Schindler denies all allegations not specifically addressed elsewhere herein.

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, Schindler alleges the following:

1.   Plaintiffs' claimed injuries or damages, if any, were proximately caused by their own fault or the fault of other parties or nonparties.

2.   Plaintiffs have failed to mitigate damages to avoid unnecessary loss.

3.   Plaintiff Mary Jo Rulffes assumed the risk of injury.

4. Plaintiffs' damages, if any, should be apportioned according to RCW 4.22 et seq between the relative fault of parties, and non-parties.

Schindler expressly reserves the right to amend this answer and to assert additional affirmative defenses as circumstances and discovery warrant.

WHEREFORE, Schindler prays for the following judgment:

1. Dismissing Plaintiffs' Complaint for Damages with prejudice and costs;

2. That Schindler be awarded reasonable attorney's fees, costs and disbursements incurred herein, and

3. For such other and further relief that the courts deems just and equitable.

///

///

///

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 4
10420-0036  5833989
Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

DATED this 17th day of August, 2022.

PREG O'DONNELL & GILLETT PLLC

By  /s/Debra Dickerson
        Eric P. Gillett, WSBA #23691
        Debra Dickerson, WSBA# 20397
Attorneys for Defendants Schindler Elevator
Corporation and Schindler
901 Fifth Avenue, Suite 3400
Seattle, Washington 98164
Firm Email:
        egillett@pregodonnell.com
        ddickerson@pregodonnell.com

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 5
10420-0036  5833989
 Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1

## DECLARATION OF SERVICE

2

3          I hereby declare that on this day I electronically filed the foregoing document with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the attorneys

4

of record listed below:

5

6          **Counsel for Plaintiffs Mary Jo and Donald Rulffes**:
A. Troy Hunter WSBA #29243

7          Lisa Kay Wiese, Esq.  WSBA #26594
Injury Law Group NW

8          *troy@injurylawgroupnw.com*

9

10          DATED at Seattle, Washington, this 17th day of August, 2022.

11

 /s/ Debra Dickerson

12          Debra Dickerson, WSBA# 20397

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANT SCHINDLER ELEVATOR
CORPORATION'S ANSWER TO PLAINTIFFS'
COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES - 6
10420-0036  5833989
 Case No.  2:22-cv-1075

**PREG O'DONNELL & GILLETT** PLLC

901 FIFTH AVE., SUITE 3400

SEATTLE, WASHINGTON  98164-2026

TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113