Honorable Jamal N. Whitehead

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARY JO RULFFES and DONALD RULFFES, and the marital community comprised thereof,<br><br>Plaintiff(s),<br><br>v.<br><br>MACY'S WEST STORES, LLC, a foreign corporation d/b/a MACY'S; MACY'S RETAIL HOLDINGS, LLC, a foreign corporation d/b/a MACY'S; and MACY'S CORPORATE SERVICES, a foreign corporation d/b/a MACY'S; SCHINDLER ELEVATOR CORPORATION, a foreign corporation; and UNKNOWN BUSINESS ENTITIES 1-5; and JOHN DOES 1-5.<br><br>Defendant(s). | NO.  2:22-cv-01075-JNW<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I.     STIPULATION

Plaintiffs, Mary Jo Rulffes and Donald Rulffes and Defendants, Macy's West Stores, LLC, Macy's Retail Holdings, LLC and Macy's Corporate Services ("Macy's") and Schindler Elevator Corporation, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted herein, or which could have been asserted herein by Plaintiffs have been

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
10420-0036  Stipulation and Order of Dismissal - LKW signed
NO. 2:22-cv-01075-JNW

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

fully, finally and forever resolved and settled satisfactorily, and that the Complaint shall be dismissed with prejudice and without fees and costs to any party.

DATED this 27th day of September, 2023.

INJURY LAW GROUP, NW

By /s/ Lisa Wiese
Lisa K. Wiese, WSBA #26594
A. Troy Hunter, WSBA #29243
Attorneys for Plaintiffs Mary Jo Rulffes and Donald Rulffes

PREG O'DONNELL & GILLETT PLLC

By /s/ Daniel Rankin
Eric P. Gillett, WSBA #23691
Daniel Rankin, WSBA #49673
Attorneys for Defendants Schindler Elevator Corporation and Macy's

## II.    ORDER

Pursuant to the stipulation of the above parties and for good cause appearing herein, IT IS HEREBY ORDERED that the Complaint are hereby dismissed with prejudice and without fees and costs to any party.

DATED this 28th day of September, 2023.

Jamal N. Whitehead
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
10420-0036  Stipulation and Order of Dismissal - LKW signed
NO. 2:22-cv-01075-JNW

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

## DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiffs Mary Jo Rulffes and Donald Rulffes**:
A. Troy Hunter, Esq.
Lisa Kay Wiese, Esq.
Injury Law Group NW
***troy@injurylawgroupnw.com***
***lisa@injurylawgroupnw.com***

DATED at Seattle, Washington, this 27th day of September, 2023.

/s/ Daniel Rankin
Daniel Rankin, WSBA #49673

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
10420-0036  Stipulation and Order of Dismissal - LKW signed
NO. 2:22-cv-01075-JNW

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113